COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Burnell Breaux v. Houston Housing Authority

Appellate case number:    01-16-00665-CV

Trial court case number:    1079935

Trial court:                        County Civil Court at Law No. 4 of Harris County

Appellant has not paid the filing fee and has not made arrangements to pay for the clerk's record. The Court issued an order directing the trial court to file a supplemental clerk's record containing any affidavit of indigence, contest, or orders concerning indigence. On February 3, 2017, a supplemental clerk's record was filed containing a statement of inability to pay costs that appellant filed in the Justice Court. This statement was not opposed and the trial court granted appellant's request for indigence status.

Rule 20.1 provides that a party who files a Statement of Inability in the trial court will not have to pay costs in the appellate court unless the trial court overruled the party's claim of indigence. TEX. R. APP. P. 20.1(b)(1) (amended; effective September 1, 2016). Because appellant's claim of indigence was upheld by the trial court, appellant is not required to pay costs in this appeal. *Id.*

Accordingly, we order the trial court clerk to file the clerk's record at no cost to appellant on or before March 28, 2017. The Clerk of this Court shall note that appellant is indigent and is not required to pay the filing fee.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
⊠ Acting individually      ☐ Acting for the Court

Date:  February 28, 2017